STATE OF MINNESOTA

IN SUPREME COURT

A16-1374



FILED

October 18, 2016

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
David Walter Olson, a Minnesota Attorney,
Registration No. 0250326.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action alleging that respondent David Walter Olson committed professional misconduct warranting public discipline—namely, engaging in sexual relations with a client. *See* Minn. R. Prof. Conduct 1.8(k) (2005).

Respondent waives his procedural rights under Rule 14, Rules on Lawyer Professional Responsibility (RLPR), and unconditionally admits the allegations in the petition. The parties jointly recommend that the appropriate discipline is a 60-day suspension.

The court has independently reviewed the file and approves the recommended disposition.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.  Respondent David Walter Olson is suspended from the practice of law for a minimum of 60 days, effective 14 days from the date of this order.

1

2.	Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals).

3.	Respondent shall pay $900 in costs pursuant to Rule 24, RLPR.

4.	Respondent shall be eligible for reinstatement to the practice of law following the expiration of the suspension period provided that, not less than 15 days before the end of the suspension period, respondent files with the Clerk of the Appellate Courts and serves upon the Director an affidavit establishing that he is current in continuing legal education requirements, has complied with Rules 24 and 26, RLPR, and has complied with any other conditions for reinstatement imposed by the court.

5.	Within 1 year of the date of the filing of this order, respondent shall file with the Clerk of the Appellate Courts and serve upon the Director proof of successful completion of the written examination required for admission to the practice of law by the State Board of Law Examiners on the subject of professional responsibility.  Failure to timely file the required documentation shall result in automatic re-suspension, as provided in Rule 18(e)(3), RLPR.

Dated:  October 18, 2016

BY THE COURT:

David R. Stras
Associate Justice

2